AO 133 (REV. 9/89) Bill of Cost

# United States District Court

------------------------------------------DISTRICT OF ARIZONA------------------------------------------

| | |
|---|---|
| DeMont R.D. Conner,<br><br>                      Plaintiff,<br><br>v.<br><br>Ben Griego, Assistant Warden, et al.,<br><br>                     Defendants. | CASE NO. 2:08-cv-01795-JWS-ECV<br><br><br><br>BILL OF COSTS |

Judgment having been entered in the above entitled action on June 8, 2010, as against Plaintiff and in favor of Defendants Ben Griego, Todd Thomas and Frank Garcia, the Clerk is requested to tax the following costs:

| | |
|---|---|
| Fees of the Clerk | $ 0.00 |
| Fees for Service of summons and subpoena | $ 0.00 |
| Fees of the Court reporter for all or any part of the transcript necessarily obtained for use in the case | $712.70 |
| Fees for witnesses (itemize on reverse side) | $0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in this case | $15.73 |
| Docket Fees under 28 U.S.C. 1923 | 0.00 |
| Costs as Shown On Mandate of Court of Appeals | 0.00 |
| Compensation of court appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0.00 |
| Other costs (please itemize) | 0.00 |
| TOTAL | $723.43 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

SEE ATTACHED "ITEMIZATION AND DOCUMENTATION OF COSTS"

2242703.1
6/22/10

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: **The Clerk of the United States District Court; and Attorneys for Plaintiff**

Signature of Attorney:  /s/ Shannon M. Bell

Name of Attorney:   Shannon M. Bell

For:  Defendants Ben Griego, Todd Thomas and Frank Garcia                    Date: June 22, 2010

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
Clerk of Court                                                  Deputy Clerk                                       Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Days | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except where express provision therefore is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6 (e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

## JONES, SKELTON & HOCHULI, P.L.C

2901 NORTH CENTRAL AVENUE
SUITE 800
PHOENIX, ARIZONA 85012
(602) 263-1700
FED. ID. #86-0447591

RE: Conner v. Ben Griego, et al.,

### ITEMIZATION AND DOCUMENTATION OF COSTS

**FEES OF THE COURT REPORTER/DEPOSITIONS**
*(See Attached Invoices)*

| Date | Description | Amount |
|---|---|---|
| 01/11/10 | Lea, Sherman & Habeski Deposition of DeMont Conner on 12/18/09 | 103.70 |
| 03/09/10 | Lea, Sherman & Habeski Deposition of DeMont Conner on 2/17/10 | 609.00 |
| 05/14/10 | David German, RMR, CRR | |

**TOTAL** **$712.70**

**EXEMPLIFICATION** *(See Attached Invoices)*

| | | |
|---|---|---|
| 11/03/09 | Clerk of the Supreme Court – Appellate Court file | 15.73 |

**TOTAL** **$15.73**

**GRAND TOTAL:** **$723.43**

2242703.1
6/22/10

```
LEA, SHERMAN & HABESKI
834 North First Avenue
Phoenix, AZ 85003
Phone (602) 257-8514


            EIN#86-0689439


Shannon M. Bell
Jones, Skelton & Hochuli
2901 N. Central Ave.
Suite 800
Phoenix, AZ 85012-2703
```

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 36443 | 12/22/09 | 1-9735 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 12/18/09 | BLACLI | 208CV01795 |
| CASE CAPTION ||||
| Conner vs. Griego ||||
| TERMS ||||
| Service charge of 1 1/2% per month will be applied to all past due balances 30 days from the date of this invoice. ||||

```
ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
   DeMont R.D. Conner            12 PGS           43.20
                        REPORTER ATTENDANCE       45.00
                        Delivery - 0/1            15.50
                                                 ========
                        T O T A L   D U E  >>>>  103.70
```

```
LEA, SHERMAN & HABESKI                                    INVOICE
834 North First Avenue
Phoenix, AZ 85003
Phone (602) 257-8514
```

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 36525 | 03/05/10 | 1-9771 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 02/17/10 | BLACLI | 208CV01795 |

| CASE CAPTION |
|---|
| Conner vs. Griego |

| TERMS |
|---|
| Service charge of 1 1/2% per month will be applied to all past due balances 30 days from the date of this invoice. |

```
EIN#86-0689439

Shannon M. Bell
Jones, Skelton & Hochuli
2901 N. Central Ave.
Suite 800
Phoenix, AZ 85012-2703
```

```
ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
  Demont R.D. Conner                         110 PGS              396.00
                            REPORTER ATTENDANCE                   157.50
                            Delivery - 0/1                         15.50
                            ASCII or CD                            15.00
                            Compressed with index                  25.00
                                                                ========
                                  T O T A L   D U E    >>>>       609.00
```



**Supreme Court — Office of the Chief Clerk** — THE JUDICIARY · STATE OF HAWAI'I

417 SOUTH KING STREET · ALI'IŌLANI HALE · HONOLULU, HAWAI'I 96813-2902
TELEPHONE (808) 539-4919 · FAX (808) 539-4928

**Ronald T.Y. Moon**
CHIEF JUSTICE
SUPREME COURT OF HAWAI'I

**Craig H. Nakamura**
CHIEF JUDGE
INTERMEDIATE COURT OF APPEALS

**Naomi Komenaka**
CHIEF CLERK

**Lois E.A. Nakagawa**
COURT CLERK - SUPREME COURT

**Sandra N. Yasui**
COURT CLERK – INTERMEDIATE COURT

October 27, 2009

Ms. Marnee Rosenberg
Jones Skelton & Hochuli, PLC
2901 North Central Ave., Suite 800
Phoenix, AZ  85012

Re:  29042 - Conner vs. Tyler

Dear Ms. Rosenberg:

This is in response to your letter dated October 23, 2009 regarding your request for copies in the above-entitled case.

Our copying charges are:  $1.00 for the first page, and $0.50 thereafter for each additional page [see Hawaii Rules of Appellate Procedure Rule 45(e)(1)(a)]. Total copying cost of the appellate file is **$15.73**:

|  |  |
|---|---|
| copying charge (27 pages) | - $14.00 |
| postage | -    1.73 |
| Total cost: | **$15.73** |

Please remit a check payable to **Clerk, Supreme Court of Hawaii** before we can process your request.

Yours very truly,

Clerk, Appellate Courts
State of Hawaii

# JONES, SKELTON & HOCHULI, P.L.C.
## General
## Request for Disbursement

**\*Requests must be delivered to accounting by 3:00 pm for delivery the following morning**

**TODAY'S DATE:** November 3, 2009

**PAYABLE TO:**

Clerk, Supreme Court of Hawaii

**NEED CHECK BY:** **DATE: 11/4/09**  **TIME: 9:00 a.m.**

**FILE NO:** 10547-00521

**NAME:** Conner v. CCA

**INS. CO:**

| REMARKS: | FEES | CODE | AMOUNT |
|---|---|---|---|
|  | Witness | WIT |  |
|  | Filing | FF |  |
|  | Answer | ANSW |  |
|  | Medical Records | MEDRE |  |
|  | Deposition | DEPO |  |
|  | Other (Specify) | Appellate court file | $15.73 |

**REQUESTED BY:** Marnee Rosenberg     **APPROVED BY:**

**PLEASE CHOOSE APPROPRIATE CHOICE FOR SIGNED CHECK:**

Return Check to Paralegal