# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| DeMont R.D. Conner | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff | ) | CV 08-1795-PHX-JWS |
| | ) | |
| v. | ) | |
| | ) | |
| Benjamin Griego, et al., | ) | |
| | ) | |
| Defendants | ) | |

\_\_\_   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X    Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed April 2, 2012, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed with prejudice.

                                              BRIAN D. KARTH
                                              District Court Executive/Clerk

April 2, 2012

                                              s/Tammy Johnson
                                              By: Deputy Clerk

cc: (all counsel)